UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:23-CR-00115-CHB
*Electronically Filed*

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | |
| FELANDER STEWART | DEFENDANT |

**FELANDER STEWART'S UNOPPOSED
MOTION TO CONTINUE TRIAL**

Felander Stewart, by counsel, respectfully requests the Court to continue the trial in her case, currently scheduled to begin on December 19, 2023 under the "ends of justice" exception to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7). Undersigned counsel has not yet received full discovery in this matter and will need time to review discovery with Ms. Stewart once it is received in its entirety.

Under these circumstances, in the words of the Speedy Trial Act, "the failure to grant such a continuance … would deny counsel for the defendant … the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iv); *United States v. Williams*, 753 F.3d 626, 635 (6th Cir. 2014) ("ends of justice" continuance upheld in view of defense counsel's expressed need for additional time to prepare), *United States v. Monroe*, 833 F.2d 95, 99 (6th Cir. 1987) (court properly granted continuance to allow counsel to investigate, research, prepare and file pretrial motions), *United States v. Richmond*, 735 F.2d 208, 215 (6th Cir.

1984) (continuance appropriate to permit counsel to prepare case); *see also United States v. Apicelli*, 839 F.3d 75, 84-85 (1st Cir. 2016) (no abuse of discretion when defense counsel requested continuance to review new evidence).

Undersigned counsel has discussed the requested delay with the government and the United States does not object to a continuance.

WHEREFORE, this Court is respectfully requested to enter the attached Order.

**RESPECTFULLY SUBMITTED,**

/s/ *SCOTT C. COX*
**SCOTT C. COX**
**COX & MAZZOLI, PLLC**
600 West Main Street, Suite 300
Louisville, Kentucky 40202
(502) 589-6190

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/ *Scott C. Cox*
Scott C. Cox