UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:23-CR-00115-CHB

UNITED STATES OF AMERICA                                                                                 PLAINTIFF

V.                                                          **ORDER**

FELANDER STEWART                                                                                        DEFENDANT

Felander Stewart having moved to continue trial pursuant to 18 U.S.C. § 2161(h(7)(B)(iv), and the United States having no objection thereto, and the Court having reviewed this matter and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant's Unopposed Motion is GRANTED. The Court finds that the ends of justice served by continuance outweigh the interests of the public and the defendant in a speedy trial; specifically, the failure to grant a continuance would deny Defendant's counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court shall set a new schedule by subsequent Order.